IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>10 S. Howard Street, 3rd Floor<br>Baltimore, MD 21201 | )<br>) Civil Action No.<br>)<br>) |
| Plaintiff, | )<br>) COMPLAINT<br>) |
| v. | )<br>) JURY TRIAL DEMAND |
| MID-ATLANTIC LONG TERM CARE<br>OF TENNESSEE, PLLC<br>1220A E. Joppa Road<br>Towson, MD 21204 | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## NATURE OF THE ACTION

The U.S. Equal Employment Opportunity Commission ("Plaintiff," "the EEOC," or "the Commission") brings this action under the Equal Pay Act of 1963 ("the EPA"), Section 15(a)(3) of the Fair Labor Standards Act ("the FLSA"), to correct unlawful employment practices committed by Mid-Atlantic Long Term Care of Tennessee, PLLC ("Defendant"), and to provide relief to Tara Atwood, Deborah Bradley, Brenda J. Hutchins, Terasa Morris, and Sonja Summers, all female former nurse practitioners employed by Defendant. As alleged with greater specificity below, Plaintiff alleges that Defendant has engaged in sex discrimination by paying to these female nurse practitioners lower wages than their male co-worker, also a nurse practitioner.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 17 of the FLSA, as

amended, 29 U.S.C. § 217, to enforce the requirements of the EPA.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

## PARTIES

3.      Plaintiff is the agency of the United States of America charged with the administration, interpretation and enforcement of, *inter alia*, the EPA.

4.      At all relevant times, Defendant has continuously been a Tennessee corporation, doing business at its principal office located in the State of Maryland and the City of Towson.

5.      At all relevant times, Defendant has acted directly or indirectly as an employer in relation to employees and has continuously been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

6.      At all relevant times, Defendant has continuously employed employees engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(b), (i) and (j) of the FLSA, 29 U.S.C. §§ 203(b), (i) and (j) or has continuously been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(r) and (s) of the FLSA, 29 U.S.C. § 203(r) and (s), in that said enterprise has continuously been an enterprise whose annual gross volume of sales made or business done is not less than $500,000.

## EPA CLAIMS

7.      Since at least January 14, 2005, Defendant has violated Sections 6(d)(1) and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206(d)(1) and 215(a)(2), by paying lower wages to its female current and former nurse practitioners, Tara Atwood, Deborah Bradley, Brenda J. Hutchins,

Terasa Morris, and Sonja Summers, than those paid to their male coworker in the same establishment for substantially equal work on jobs the performance of which requires equal skill, effort, and responsibility, and which are performed under similar working conditions.

8.      As a result of the acts complained of above, Defendant unlawfully has withheld and the payment of wages due to Tara Atwood, Deborah Bradley, Brenda J. Hutchins, Terasa Morris, and Sonja Summers.

9.      The unlawful employment practices complained above were willful.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in employment practices regarding pay that discriminate on the basis of sex in violation of Sections 6(d)(1) and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206(d)(1) and 215(a)(2).

B.      Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for female employees with regard to pay and which eradicate the effects of Defendant's past and present unlawful employment practices.

C.      Order Defendant to make whole Tara Atwood, Deborah Bradley, Brenda J. Hutchins, Terasa Morris, and Sonja Summers by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, and by providing her any other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices.

D.      Grant a judgment under the EPA requiring Defendant to pay

3

appropriate back wages in amounts to be determined at trial, and an equal sum as liquidated damages or prejudgment interest in lieu thereof, to Tara Atwood, Deborah Bradley, Brenda J. Hutchins, Terasa Morris, and Sonja Summers whose wages are being unlawfully withheld as a result of the acts complained of above.

E.     Grant such further relief as the Court deems necessary and proper in the public interest.

F.     Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in the Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JACQUELINE MCNAIR
Regional Attorney
(signed by Debra Lawrence with permission of
Jacqueline McNair)

DEBRA M. LAWRENCE, Bar. No. 04312
Supervisory Trial Attorney
UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore Field Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201
Phone: (410) 209-2734
Fax: (410) 962-4270

4